U.S. District Court
MIDDLE DISTRICT COURT OF FLORIDA                    5:23-CV-709 TPB PRL
TRIMARD C. CAMPBELL
          (Pro Se) Plaintiff
          V.                                        CIVIL RIGHTS
Captain LOCHRIE                                     COMPLAINT PURSUANT
Captain REID                                        TO U.S.C. §1983
DUFFY           Defendant(s)

Plaintiff(s) demand(s) a trial by: ___ JURY   X  COURT

    I am the Plaintiff in the above-entitled action, allege(s) as follows:

    This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff Campbell seeks declatory relief pursuant to 28 U.S.C., Section 2201 and 2202. Plaintiff Campbell's claims for injunctive relief are authorized by by 28 U.S.C. Sections 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

1. I am the above-entitled Plaintiff, TRIMARD C. CAMPBELL, currently incarcerated hereat Sumter's County Detention Center (Sheriff Department) 219 E Anderson Ave, Bushnell, Florida 33513.

2. Captain Lochrie and Captain REID are Deputy Sheriffs as well as Captains hereat Sumter County Detention Center (sheriff's Department)

3. I am a Pretrial detainee. At all times relevant in this Complaint all incidents and events occurred at Sumter County Detention Center.

4. On the 30th day of September, 2023 I submitted two legal documents contained in two seperate envelopes over to an officer for mailing. Presumably, the mail is routinely shipped out for mailing the following day however, the envelope addressed to the U.S. District Court never reached it's destination and the second envelope addressed to the Sumter County Court did not reach it's destination until two weeks from the day of mailing.

5. This is a re-occurring issue that I grieved on separate occasions and addressed to Captain Lochrie in which she claims that "she'll look into it" however this inconvience continues to occur and fails to cease.

6. The aforementioned details imposes a substantial burden on my criminal and Civil litigations by which runs on deadlines such as speedy trial and other pretrial motions failing to inform the U.S. District Court of Change of address may result in dismissal of my complaint.

7. Furthermore, Captain Lochrie and Captain REID further imposes a substantial burden on my Criminal and Civil litigation process by refusing to deliver or otherwise furnish me with the necessary legal materials to pursue and execute my legal documents significantly relevant to my Criminal and Civil affairs - materials such as, pens, federal and state forms, dictionary, and an adequate law library program installed on the facility kiosk.

8. The above-listed materials allows me to not only adequately but effectively file documents in court. For example, pens and federal and state forms are essential to filing documents in court, - pens as oppose to pencils cannot be altered or manipulated as easy and simple as a pencil - that said, usage of pens minimizes allegations of manipulative conduct concerning legal documents.

9.) Federal and State legal forms - gives an idea of a "formal" presentation to the court when filing documents. For example, I am proceeding pro se in all my cases for which I have two pending Criminal Cases, three law suit cases including this one and a Social Security case pending by which I need some type of concept on how to commence a motion, letter etc. by using a form, the lack of forms complicates my legal approach when addressing the courts.

10. The law library program available on the kiosk is inadequate and not effective, it is limited to Florida Statues and Case Law, which is a burdensome on me because I have a pending case in New York on a Class B felony and these limitations prevents me from performing legal research and perfecting my defense.

11. I've made multiple attempts to propose reasonable concepts to both defendants for accommodations but they blatantly refuse to consider any resolutions. Due to their disrespectful and unconcern attitudes, I am currently faced with potential prejudice in the confines of court.

12. Both defendants never expressed any penlogical concerns to support their infringement upon my legal studies and sending of legal mail.

13. Between late September to Mid-October I made requests to the Chaplain and Captain Lochrie to accommodate me according to my religious beliefs by deliberately refusing to accommodate me with a towel, sheet or any clothing material to place between my forehead and the grimy ground when performing salat (prayer), the clothe protects my forehead from encountering any impurity/bacteria that lies on the ground for which that would imperfect my prayer and will not be accepted by ALLAH THE GRACIOUS THE MERCIFUL.

14. There is a process that Muslims complete before performing Salat (prayer) its called Wudu Wherein one is obligated to cleanse his self of impurities that may be occupying a person's body (SURAH Al-Ma'idah 5:6).

15. Evidently, it is counter-productive for me to perform wudu followed by Salat, when in all actuality I cannot perform salat despite having perform wudu because of the Captains deliberate failure and refusual to accommodate with an adequate clothe to prostrate upon.

16. Furthermore, I have religious books located in my personal property that Captain REID forbids me to possess which is Constitutionally unsupported by any penological concerns or compelling governmental interest.

17. The religious books located in my personal property are central to sincerely held religious beliefs as a Muslim because as I progressively equip myself with knowledge to please ALLAH, I will be accepted into the hereafter.

18. Moreover, I filed a grievance in connection to the denial of my requested Halal diet which is also central to my sincerely held religious beliefs for it is explicitly stated in the Quran that Muslims are prohibited from consuming carrion, blood, the flesh of swine and animals dedicated to other than Allah; also the flesh of animals strangled, killed violently, killed by fall, gored to death and mangled by wild animals.

19. Halal-is the process of which an animal should be put on the ground (or held if it's small) and it's throat should be slit with a very sharp knife to make sure that the three main blood vessel are cut. While cutting the throat of the animal (without severing it) one must pronounce the name of Allah or recite a blessing which contains the name of Allah, such as Bismillah Allah-hu-Akbar.

20. More or less, both Captains imposes a substantial burden on my sincerely held religious beliefs as described above in detail which is unsupported by any penological concerns or compelling governmental interest.

21. On November 29th, 2023, between the hours of 11 p.m. - 1 a.m., my 14th amendment rights were being violated. Officer Duffy responded to an incident on "Female-Medical Pod" between me and another incarcerated individual - in the course of Officer Duffy response, him, the other incarcerated individual, and I were discussing the details of the incident.

22. Nonetheless, Officer Duffy attitude and behavior started to increase in volume which led me to ask him "Why are you being disrespectful towards me" by which he implicitly indicated through words that is recorded on his body cam, that if he wanted to truly be disrespectful to me I would unequivocally acknowledge his disrespect.

23. In response, I asked him "What he meant by his comment" which he intelligently declined to answer, however he did tell me to lay my mattress that I had rolled up on my knees, because Sgt Long told me to "roll it up" prior to Officer Duffy entry, back on my bed frame.

24. I informed him of Sgt Long orders to me but evidently he did not care - Officer Duffy ordered me to stand up from my bed and I complied therefore I cannot fathom or possibly comprehend how Officer Duffy had to resort to force and slam me on the floor.

25. In light of Officer Duffy's body cam footage it will reflect that the use of violence was unwarranted and that I complied with his last-giving order which in this case was to stand up.

First Claim

Captain Lochrie and Captain REID violated my First Amendment rights and Religious Land Use and Institutionalized Persons Act by refusing to allow me to practice my religion in accordance to Islam Laws as detailed in the aforementioned.

Second Claim

Captain Lochrie and Captain REID violated my rights to be free from unconstitutional conditions of confinement governed by the Due Process Clause of the 14th amendment when they refused to allow me to exercise my rights to access the Courts and access to law library material to form a defense on my criminal matters and pursue an offense on my civil matters. In fact, the mail processing system was extremely inadequate given that my mail was frequently misplaced or lost thus, also violated my rights to access the Courts.

Third Claim

Officer Duffy violated my rights of the Due Process Clause of the 14th Amendment by exercising excessive force for no objective credible reason - when in fact I complied with last-giving order by which rendering his use of violence objectively unreasonable.

I pray for an injunctive relief from the Court to order Captain Lochrie and Captain REID to refrain from further restrictions or otherwise infringement on my religious beliefs and legal access to the Courts. Furthermore, I pray for a relief of 400,000 for the violence and unreasonable excessive force committed by Officer Duffy.

I declare under penalty and perjury that the foregoing is true and correct.

Dated:
12/3/23

Plaintiff Sign: _____

U.S. DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA

Under the circumstances that I have absent access to any forms concerning an APPLICATION to PROCEED WITHOUT FULL PREPAYMENT OF FEES — I request that the Court furnish me with the aforementioned forms wherefore I can formally proceed in this action.

DEC 8 2023 AM 11:37
RCVD - USDC - FLMD - OCA

Sincerely,
Trimard Campbell

Date: 11/14/23

P.S. The facility staff denied my request for copies so with the diligence of the Court may you please furnish me with copies of all documents herein.