UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TRIMARD C. CAMPBELL,

      Plaintiff,

v.                                                                    Case No. 5:23-cv-709-TPB-PRL

A. LOCHRIE, J. RIED, DOUG
STRICKLAND, FNU HAYES and
FNU DUFFY,

      Defendants.

_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Trimard C. Campbell, is proceeding *pro se* on amended complaint

for the violation of his civil rights pursuant to 42 U.S.C. § 1983. Doc. 7. On

December 12, 2023, the Court directed Plaintiff to keep the Court apprised of his

current address. *See* Order Doc. 3. A review of the Sumter County Sheriff's Office

inmate locator reflects that Plaintiff was released from custody on January 11,

2025.[1]

After mail was returned to the Clerk on March 4, 2025, the Court directed

Plaintiff to show cause why this case should not be dismissed for failure to keep the

Court apprised of his address within 14 days from the date of that Order. *See* Order

to Show Cause Doc. 37. The Court advised Plaintiff that failure to timely comply

---

[1] *See* Inmate Search, Sumter County Sheriff's Office, *available* at
https://portal.sumtercountysheriff.org/smartwebclient/jail.aspx (last visited March
24, 2025).

may result in the dismissal of this case without further notice. *See id.* The Court's March 11, 2025 Order was returned to the Clerk, noting Plaintiff's release and stating "unable to forward." Thus, it appears Plaintiff has been released from custody for more than two months and has failed to inform the Court of his current address.

In prosecuting this action, Plaintiff is responsible for complying with the Court's Orders. As of the date of this Order, he has neither complied with the Court's Orders (Doc. Nos. 2, 37), explained his noncompliance, nor requested additional time to comply. Given that the designated time to respond to the Court's Order to Show Cause (Doc. 37) passed on March 25, 2025, this Court concludes that the dismissal of this case for failure to prosecute is appropriate at this time.

Accordingly, it is

**ORDERED:**

1.      This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2.      The **Clerk** shall enter judgment dismissing this case, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of March, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE

c:
Trimard C. Campbell

Page **3** of **3**